JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 13-03338 DMG (MRWx)** | Date | May 15, 2013 |
|---|---|---|---|

| Title | ***60 Percent Skyhanna, LLC and 20 Percent Brenden Real Estate, LLC and 20 Percent EJJ, LLC v. John Paul M. Arroyo*** | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT**

On November 29, 2012, Plaintiff 60 Percent Skyhanna, LLC and 20 Percent Brenden Real Estate, LLC and 20 Percent EJJ, LLC filed a Complaint in Los Angeles County Superior Court for unlawful detainer against Defendant John Paul M. Arroyo.  [Doc. # 1, Ex. 1]. Defendant filed a Petition for Removal on May 10, 2013, styled as a complaint raising thirteen causes of action, including violations of the Truth in Lending Act, 15 U.S.C. § 1601 and the Real Estate Settlement Procedures Act, 12 U.S.C. § 2605(e).  [Doc. # 1.]  The underlying removed complaint, however, raises no federal question and the parties are not diverse.  Defendant appears to be attempting to file counterclaims in his Notice of Removal, but federal jurisdiction cannot rest upon an actual or anticipated defense or counterclaim.  *Vaden v. Discover Bank*, 556 U.S. 49, 60, 129 S. Ct. 1262, 173 L. Ed. 2d 206 (2009).

"The burden of establishing federal subject matter jurisdiction falls on the party invoking removal."  *Marin Gen. Hosp. v. Modesto & Empire Traction Co.*, 581 F.3d 941, 944 (9th Cir. 2009) (citing *Toumajian v. Frailey*, 135 F.3d 648, 652 (9th Cir. 1998)).  There is a "strong presumption against removal jurisdiction," and courts must reject it "if there is any doubt as to the right of removal in the first instance."  *Geographic Expeditions, Inc. v. Estate of Lhotka ex rel. Lhotka*, 599 F.3d 1102, 1107 (9th Cir. 2010) (quoting *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992) (*per curiam*)) (internal quotation marks omitted).

Because Defendant has not established a basis for removal jurisdiction on the face of the Petition for Removal, this action is hereby **REMANDED** to Los Angeles County Superior Court.

**IT IS SO ORDERED.**